UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**NANCY ROSSMAN & ANDREW ROSSMAN,**

    Plaintiffs,

v.                                Case No: 5:25-cv-625-JSM-PRL

**CLEAR BLUE INSURANCE COMPANY,**

    **Defendant.**

### ORDER

On July 10, 2025, defendant filed a motion to enforce the parties' settlement asking the Court to compel plaintiffs to fully execute the "Full and Complete Release of All Claims." (Doc. 12). Plaintiffs filed a timely response advising that they have executed the release documents and delivered them to counsel for defendant. (Doc. 13).

Given plaintiffs' filing, defendant's motion to enforce the settlement agreement (Doc. 12) appears to be **moot.** And based on the parties' respective filings, the Court declines to impose sanctions against either party.

DONE and ORDERED in Ocala, Florida on July 31, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties